UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 4:21-CR-00241-SAL |
| ) | |
| vs. ) | |
| ) | **NOTICE OF INTENT TO USE** |
| **DOMINIQUE DEVONAH BRAND** ) | **EVIDENCE UNDER RULE 404(b)** |

The United States of America hereby gives notice to the Defendant that testimony and other evidence of the following may be elicited during the trial and may be admissible as direct evidence of the crimes charged and/or pursuant to other authorities including Fed. R. Evid. 404(b):

> Evidence related to the burglaries of the Little Bethel Baptist Church, 3811 Bluff Road, Mullins, South Carolina, on or about February 14, 2021 (laptop stolen), and March 26, 2021 (church van stolen);

> Evidence related to the burglary of the J.D. Jackson Clubhouse, 204 Pee Dee Island Road, Nichols, South Carolina, on or about March 23, 2021 (.22 rifle, 12-gauge shotgun, and ammunition and foodstuffs stolen);

> Evidence related to the recovery of the .22 rifle (stolen from the Jackson Clubhouse) on Bluff Road, Mullins, South Carolina, on or about March 24, 2021; and,

> Evidence from the Defendant's cellular phone extraction including internet searches, text messages (or messages sent over other applications such as Facebook Messenger), phone call records, and other usage in the days preceding and following the crimes charged and the other relevant events identified herein.

This filing is intended to provide notice of the general nature of evidence the Government may introduce that could be considered as evidence of other crimes, wrongs, or acts, and may be used to prove matters such as motive, opportunity, intent, preparation, plan, knowledge, identity,

absence of mistake, or lack of accident.   Counsel for the Defendant can contact the undersigned if there is any question concerning the specific nature and use of such evidence.

          Respectfully submitted,

          ADAIR F. BOROUGHS
          UNITED STATES ATTORNEY

By:   s/*Everett E. McMillian*
      Everett E. McMillian
      Assistant U.S. Attorney
      401 West Evans Street
      Florence, South Carolina 29501
      843-667-3991
      everett.mcmillian@usdoj.gov

      Kathleen Stoughton
      Assistant U.S. Attorney
      1441 Main Street Suite 500
      Columbia, South Carolina 29201

      Scott Hixson
      Special Assistant U.S. Attorney
      401 West Evans Street
      Florence, South Carolina 29501

August 15, 2022
Florence, South Carolina