RECEIVED
USDC CLERK FLORENCE, SC
2023 JUL 17 PM 1:06

21-241-SAL

when do i go to court to be Sentenced, i have already seen my PSR in november, it aint suppose to take that long for me to go to court, the only thing i have objected to was the pending charges that my lawyer said was gone be taken care of. So why is it that im still here. i dont get no Rec, i don't come out for showers nor do i use the phone. i haven't had a shower since Febr.

is judge Lydon at another district or am i being dragged because i took it to trial & my lawyer + probably yos/all know that im being deprived of a shower, rec + phone since Febr.

when is my Sentencing date? That's all im asking.

Dominique Devonah Brown