Dominique Brand
1350 Winkles Road
Sumter, SC 29153

The Sumter County Sheriff's Office Detention Center has neither censored nor ins... ...d this item; Therefore, the Detention Center does not assume responsibility for its contents.

The Director
Sumter County Sheriff's Office Detention Center

ITEM X-RAYED BY PM 1:06
2023 JUL 10
USMS

RECEIVED
USDC CLERK FLORENCE, SC
14 JUL 2023

Clerk of court
401 west evans street
Florence, SC 29501

COLUMBIA SC 290
14 JUL 2023 PM 3 L

29501-346099