IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA

-v-                                                                CRIMINAL No. 4:21cr241-SAL

Dominique Devorah Brand

### RIGHT TO APPEAL

I have been notified by the court of my right to appeal and that I must do so within fourteen (14) days of the entry of the judgment.

I have discussed this right with my attorney.

☐   I **do not** want to appeal.

☒   I **do** want to appeal.

X _Dominique Brand_
Defendant's Signature

_____
Signature of Counsel

8.3.2023
Date